Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-197 RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO SEAL |
| v. | |
| TISHA GIRTZ, | |
| Defendant. | |

Having read the Defendant's Motion to Seal (Unopposed) and due to the sensitive information contained therein, it is hereby ORDERED that the Defendant's Supplemental Sentencing Memorandum shall remain sealed until further order of this Court.

DATED this 16th day of August, 2022.

_____
Judge Richard Jones
United States District Court Judge

Presented by:

*s/ Brent Hart*
Brent Hart
Attorney for Defendant Tisha Girtz

ORDER GRANTING MOTION TO SEAL
US v. GIRTZ / CR20-197 RAJ - 1

HART JARVIS MURRAY CHANG
155 NE 100TH ST., SUITE 210
SEATTLE, WASHINGTON 98125
(206) 735-7474