HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff-Respondent,<br><br>  v.<br><br>TISHA GIRTZ,<br><br>     Defendant-Movant. | CASE NO. 2:20-cr-00197-RAJ<br><br>SCHEDULING ORDER ON MOTION FOR RETROACTIVE REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) & U.S.S.G. AMENDMENT 821 |

THIS MATTER comes on before the Court *sua sponte*.  On December 15, 2023, Defendant Tisha Girtz filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the United States Sentencing Guidelines (Dkt. 441).  Pursuant to that filing the following Scheduling Order is generated.

IT IS HEREBY ORDERED THAT:

1.  If counsel has not been appointed, the Federal Defender/CJA Unit may request appointment of counsel.  Such request must be made within 14 days of service of the motion.

2.  If this motion was filed *pro se,* any supplemental pleadings by appointed counsel shall be filed not later than 30 days following appointment.

3. The Government's response to both the original motion and any supplemental pleadings may be consolidated, and shall be filed not later than 60 days following the service of any supplemental pleadings filed by counsel after a *pro se* motion, or 70 days following the service of the original motion, whichever is later. However, if the supplemental pleading notifies the Government that the Defendant's projected release date is within 90 days of the date the supplemental pleading is filed, then the Government's response shall be filed not later than 30 days following service of the supplemental pleading.

4. The Government is not required to serve any pleadings on the Defendant directly, once counsel is appointed.

5. Any reply brief shall be filed within seven days after service of the Government's response.

6. The parties may, for good cause, agree in writing to extensions of these briefing deadlines without further Order of the Court, but any stipulated deadline extension beyond the noting date requires the parties to file a stipulated supplemental briefing schedule.

DATED this 15th day of December, 2023.

The Honorable Richard A. Jones
United States District Judge

SCHEDULING ORDER ON MOTION FOR
REDUCTION OF SENTENCE PURSUANT TO
18 U.S.C. § 3582(c)(2) AND U.S.S.G. AMENDMENT 821 - 1