Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TISHA GIRTZ,

Defendant.

No. 2:20-cr-00197-RAJ

ORDER DENYING REQUEST
FOR EARLY TERMINATION
OF SUPERVISED RELEASE

THIS MATTER comes before the Court upon the request of United States Probation for early termination of supervised release. Having considered the request (Dkt. 547), the government's response in opposition (Dkt. 548), and the files and pleadings herein,

IT IS ORDERED that the request for early termination of supervised release is DENIED as premature. Should the defendant continue to perform well on supervision, the Court would be amenable to a renewed request in May of 2026, at which time defendant will have been under supervision for a period of two years.

DATED this 12th day of February, 2026.

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge

ORDER - 1